Before STATE INDUSTRIAL BOARD, Respondent. PHILIP NEGLIA, Claimant, Respondent, v. G. A. ZIMMERMAN and Another, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted.

Before STATE INDUSTRIAL BOARD, Respondent. BRIDGET O'ROURKE (Incompetent) and Another, Claimants, Respondents, v. STANDARD WOOD TURNING COMPANY and Another, Appellants.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DELMAR CHRISTY, Appellant.— Judgment of conviction reversed, and new trial granted. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICK CHIAGLES, Appellant.— Motion for leave to appeal to the Court of Appeals granted, and the following question certified: " Has the district attorney the legal right to retain the letters taken from the person of the defendant at the time of his arrest?"

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN CRUISE, JR., Appellant, v. THE COMMISSION OF PUBLIC SAFETY OF THE CITY OF HUDSON, N. Y., Respondent.— Motion denied, with ten dollars costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WINSTON CUSHING, Respondent, v. HERBERT SMITH, Deputy Sheriff of the County of Warren, Appellant.— Motion granted, and decision [ante, p. 642] amended to read as follows: Order reversed on the law, and writ dismissed, upon the authority of Matter of Reinhardt v. Newport F. S. Corp. (232 N. Y. 115) on the ground that the operation of a hydroaeroplane, on the waters of Lake George, propelled by an engine operated by the explosion of gasoline, without having the exhaust from the engine run through a muffler, or so constructed and used as to muffle the noise of the exhaust in a reasonable manner, is a violation of section 1500-a of the Penal Law. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB HEMSTROUGHT, Appellant.— Judgment of conviction unanimously affirmed.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MIKE PICHANY, Appellant.— Judgment of conviction unanimously affirmed.

Before STATE INDUSTRIAL BOARD, Respondent. HARRY REED, Claimant, Respondent, v. JAMES DUNNING and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. JENNIE SANDERS, Claimant, Respondent, v. GENERAL ELECTRIC COMPANY, Appellant.— Decision [ante, p. 642] amended to read as follows: Award unanimously affirmed, with costs in favor of the claimant, respondent.

Before STATE INDUSTRIAL BOARD, Respondent. STATE TREASURER, Claimant, Respondent (EDWARD BURKE, Deceased), v. R. E. SHEEHAN COMPANY and Another, Appellants.— Award unanimously affirmed, without costs. Motion for leave to appeal to the Court of Appeals granted.

Before STATE INDUSTRIAL BOARD, Respondent. HILMA E. SUNDBYE, Claimant, Respondent, v. MARTENSON WOOD WORKING COMPANY and Another, Appellants. — Motion granted unless appellant insurance carrier brings case on for argument at the September term, and makes the payments provided for by the award to the claimant, from May 1, 1923, until the argument and determination of the appeal; in which case the motion is denied.